7th Court Appeals
* Amarillo, TEXAS *

EX PARTE: (In Re:)
R Wayne Johnson
Relater
* VS *

TDCJ - Director -
Parole Board
Respondents'

(TDCJ's "CRIMINAL-
ENTERPRISE: (21USC-
841)
Cause NO:

7-15- 00460 -CR

FILE
DEC 23 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

* PRO:SE *
* Petition For Writ of HABeas Corpus: *
* AND Writ of MANDAMUS *

MAY It Please The Court:

1) Jurisdiction: 22.221 (b) Gov Code:
A) MANDAMUS Sought To determine TDCJ's
Jurisdiction to prosecute crimes - thus, -
a criminal law matter:

2) Attached hereto: TDCJ: GRIEV#2012032611-
(research on it: (6) crimes By use of Rules
See: leachman, 261 SW3d 297-315 (Code10.1
use for crime: 38,111) -Code-20 used
for 21.08 "Indecent Exposure": Smith-SUPRA..
* (1) *

3) MANDAMUS to Ascertain - Jurisdiction (Settles question: InRePowers, 974 SW2d 867 Patrick, 86 SW3d 592 (CCA: "Beyond statute - No Jurisdiction."

A) 4.05 C.C.P - "district courts" (TDCJ TRIBunals not listed) Thus, TDCJ invades Jurisdiction of Judiciary: Separation of Powers: Article 2, Section 1 - Tx Const:

B) "MANdamus when EXTANT const, or statute." Bowen, 343 SW3d 805 - 10, N. 6 - BANALES 93 SW3d 33 (CCA) - Bonilla, 424 SW3d 528 - 534 (CCA) Rosenthal, 98 SW3d 190 (CCA)

* (Stare Decisis: Hill, 887 SW2d at 938 - 16 Tx Jur, 3d - Cts, - 451 - Sect: 119..

C) "VOID when violates public policy" AIV, 148 SW3d 109 - 115 (Tx) - Aziola, 401 SW3d 664..

4) Denial of Statutory (due process) Rights: Article 15, 17 C.C.P. (FAbela, 431 SW3d 190-95 "shall inform, either in person, - or By Closed circuit - TV - triggers right to counsel.." Rethgery, 128 SCt 2578-85 (UPTON, 853 SW2d 548 (CCA)

(2)

A) EXAM Trial : 16.01 C.C.P. (B) Counsel
Art 26.04, 1.051(c), - Castro, 998 SW2d 935
" fail to Advise right to counsel required
By statute - VOID, - denial due process.."

C) "once a right is conferred By statute,
it cannot be deprived SANS due process"
Loudermill, 105 SCt 1487-93.."

D) Jury: Factual Disputes: art 5, Sec 10-Tx
Const: Prudential, 148 SW3d 124-36 (TX)
Jury - MAndamus, Folk, 931 SW2d 390
Rhyne, 925 SW2d 664-67 (TX)

E) Duncan, 391 U.S. 145 (6th Amend Jury ALL
crimes.")

5) "Equal Access Justice mandatory
Gomez, 891 SW2d 243-47 (244- TxLAWY
creed - 11-7-89 - effective pro-Bono..")

A) "only legislature can 'suspend"a
statute." Article 1, Sect 28 Tx Const
Matter, 767 SW2d 695 (TX).."

* (3) *

6) Writ of HABeas Corpus issues - on void proceedings: Castro, 998 SW2d 935 (deprived liberty w/o due process VOID); Acker, 949 SW2d 314 (TX) Suate, 921 SW2d (TX)

A) In Re Acceptance, 33 SW3d 443; MANO - Amus on VOID - orders, denial due process .. "

7) Relater deprived of good-time - (loss Liberty) for crimes: NO atty as requ- ired:

A) Gideon, 83 SCt 792 - (Hamlin, 92 SCt 2006 (all crimes: "petty - serious..)

B) Culver, 105 SW3d ___ (CCA) mandam- us Apot counsel (122 SW3d 805 Padilla " ct Appeals first..")

Wherefore Relater Seeks: the following:

(4)

1) MANdamus (order) that TDCJ HAS NO Jurisdiction - crimes; (only Judiciary (see attached) - AND, Accordingly - All crimes (6) listed - (cases) are VOID for lack of Jurisdiction, - atty, Jury, -

2) Order those crimes EXPunged AND good-time restored; (VOID - NO due process or counsel;

3) Issue HABeas Corpus ("deprived of liberty w/out due process - from VOID proceedings: Castro - SUPRA...

4) Appoint counsel in this Criminal-law matter - see that Justice Be Served; (Equal Access! Gomez, supra; Equal Rights art 1, 3a - TX const):

Verified
28 USC 1746
Joldme all
True
12-31-15
Sent

Constitutionally Yours,
R Wayne Johnson 282756
9601 Spur 591 Clements
Amarillo, TX 79107-9606

(5)

## Certif Service

I've sent Prosecutor Sims a copy of this 12-21-15.

NOTE: SALDANO, 70 SW 3d 873-81-

(ATTY General NO criminal UNless - D.A. requests it: 402.028 Gov code, - (267 F. Supp 2d 635 - (322 F. 3d 365) - )

## Rule 52.3(j)

I declare all factual are true (so NO crime: 37.10 (253 SW 3d ___ ), - ANd the attached proves my writ; ANd was NOT convicted: "Beyond Reasonable Doubt" for crimes! (Legislatures CRIME! 38.12(5) "Finance comission (CRIMES"

( para-legal has sent copies of GRIEV to N.Y. Times, - T+Lawyer, Innocent Project, Midland papers, Ft. worth papers ) I sent copy to Loretta Lynch (U.S. Atty Gen) to INTERvene ( Retaliatory prosecution - Viol ate Civil Rights 18 USC - 241, - 1513

(6) TDCJs Criminal ENTE R PRISE 21 USC-841

Judge KNOWS is BEYOND legitimate EXERC-ise of AUthority.." 33.033 (SANCTIONS) *

10) "Duty of MAGISTRATES"- "duty to PREVENT crimes- arrest offenders." Crenshaw, 2014 U.S. Dist. LEXIS- 165 668..

A) article 3.04 "Officeal*MISCONDUCT"(39.02 Penal Code- "intentional vialate a law...)

B) Article 2.16 C.C.P. "Neglect TO EXECUTE PRO-cess." ANY sheriff, or other officer shall willfully refuse or fail to EXECUTE ANY- legal process- shall be held in contempt."

C): Rosenthal, 98 SW3d 190- 215: " Judges not at LIBERTY to ignore the LAW" (FN # 43)*

11) " court Acts in a MANNER IN-consistent w/ due process - orders are VOID." NIAGNESS 247 F.3d 609- 619 N.19 (5th Cir)- U.S, 201 F.3d 763- 67 N. 16 (5th) "relief mANdatory"- SW Corp 804 F.2d 311-13- Brown, 84 F.3d 137-43 (5th)- Burks, GREEN, 98 SCt 2151..

(5)

person, or an animal;

*(CRIME: 22.07, 22.01 )*

4. **Threatening to inflict harm, physical or otherwise, on** an officer or any other person who is not an offender (offenders may not be punished, however, for threatening to take action they are legally entitled to take, such as filing a grievance or lawsuit);

5. **DELETED**

*CRIMES*

5.1 **Extortion of money** - Appropriation of currency by coercion, violence, or threats of violence with intent to deprive the owner of the currency;

5.2 **Extortion of property** - Appropriation of property by coercion, violence, or threats of violence with intent to deprive the owner of the property;

5.3 **Extortion** – Demanding the performance of an action by coercion, violence, or threats of violence.

'CRIME: 46.10

6. **Possession of a weapon** - a weapon is any instrument intended to be used to inflict injury on another person;

*CRIME: 22.011

7. **Sexual abuse** – forcing another person, by violence, threats of violence, or coercion to perform a sexual act or sexually assaulting another person with an object, without the effective consent of that person.

   a. A sexual act is any intentional contact between the genitals of one person and the genitals, mouth, anus, or hands of another person.

   b. Sexual assault with an object is the use of any hand, finger, object or other instrument to penetrate, however slightly, the genital or anal opening of the body of another person.

   c. Consent is not effective if it is given by a person who lacks the capacity due to mental or physical limitations, or is induced by force or threat.

(42.02 - CRIME)

8. **Riot** - when an offender, with two or more persons, intentionally participates in conduct that creates danger of damage to property or injury to persons and substantially obstructs the performance of unit operations;

9. **Defeating mechanical restraints or defeating a secure cell** - intentionally slipping out of restraint devices, such as handcuffs or leg irons, or gaining exit from a secure cell.

10. **Any act defined as a felony by laws of the State of Texas, or the United States;** specific reference should be made in the Disciplinary Report to the statute in question;

DISCIPLINARY - BOOK 1

(25)

Revised January 20

Appendix G

---

*Resubmit this form when corrections are made.*

...ned because: _____

...are Authority: Joe Mullins (circled)

JOE MULLINS

Date: _____

**OFFICE USE ONLY**

CGO Initials: _____

_____ Improperly Submitted

CGO Initials: _____

_____ Improperly Submitted

CGO Initials: _____

_____ Improperly Submitted

CGO Initials: _____

_____ Improperly Submitted

DEC 09 2011

---

1.08 PENAL CODE: PRE-EMPTION
"NO AGENCY MAY ENACT OR ENF-
ORCE ANY LAW THAT MAKES ANY
CONDUCT COVERED BY THIS CODE AN
OFFENSE SUBJECT TO CRIMINAL
PENALTY." (4.01 CODE CRIM. PROCED)-II)*
(4.05; (4.06 CODE CRIM. PROCED)-II)*
NO JURISDICTION OF CRIMES!

SIDE-ONLY!
3 (COPIES)

Date: 11-1-11

SEPARATION OF POWERS: ART.2-
SECT. 1 - TX CONSTITUTION (TPCJ INVADES JURISDICTION OF
JUDICIARY)

GRIEV.# 2012 032 611

TPCJ INVADES JURISDICTION OF
JUDICIARY!

You were correctly advised in your Step One answer. Due to the Safe Prison's investigation and a violation of code 10.0, which is a felony, you were properly classified as a Level III. No policy violation or due process rights were violated. Further action is unwarranted at this time.

*CODE 10 - DISCIPLINARY # 2012 005 161
*CRIMINAL* (2 FELONIES)

Article 5, Sect. 1 - TX Const. (Judiciary)*

Joe Mullins

Leachman, 261/297-315 (CODE 10.1-(38.111 crime); Teal, 230/SW3d 172-77- (STRUDER, 799/263 "Indecent Exposure" (21.08) - (ELEMENTS) Smith-2013 TAL-10286 ((31) Code 20s-)-21.08 EXIS crime) *

(CRIMES) 42.07, Harassment)
* Code 30s: 2012 0205986 (3-12 Johnson) * ("Obscene letters"
2012 0329366-( 7-31-12-FLORES).
2013 005891- ( 9-5-12-) (CARREON*)
2013 0251120 (5-9-13) Gonzales) *

Code-10's (2012 0051601) Felony) *

"Jurisdiction is derived from statute" CAT, 356 SW3d 455-476; CRUMP, 330 SW 3d 211-30 (TX) ( Curry, 853 SW3d 40 (Crim App "Jurisdiction must ATTACH.." DIXON, 455 SW3d 669-75 - Article 4.05 Crim Code (CRIMES, District Cts) *

* TPCJ invades Jurisdiction of Judiciary

* Separation of Powers Article 2, Sect 1 TX Constitution

R Wayne Cochran 2834156
9601 Spur 591 - Clements
Unit
Amarillo, TX 79107-9606

AMARILLO TX 791
22 DEC 2015 PM 1
FOREVER USA

7th Court of Appeals
501 S. Fillmore
Amarillo, TX 79101